1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          **MDL NO. 1699**
    MARKETING SALES PRACTICES AND       **District Judge: Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *James Alan Bell vs. G.D. Searle LLC, et al.*   **AMENDED STIPULATION AND**
    (05-4450 CRB)                                    **ORDER OF DISMISSAL WITH**
16                                                   **PREJUDICE**

17  *James Rogers Fanning vs. G.D. Searle LLC, et al.*
    (05-4453 CRB)
18

19  *John J. Driscoll vs. Pfizer Inc, et al.*
    (05-4584 CRB)

20  *Barbara Clem vs. G.D. Searle LLC, et al.*
    (05-4736 CRB)
21

22  *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
    (05-5360 CRB)

23  *Johnny Edwards vs. Pfizer Inc, et al.*
    (06-1914 CRB)
24

25  *William Crowley vs. Pfizer Inc*
    (06-2668 CRB)

26  *Connie B. Anderson vs. Pfizer Inc, et al.*
    (06-2784 CRB)
27

28  *Tracy Baral vs. Pfizer Inc, et al.*
    (06-2912 CRB)

                              -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2   *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
    (06-2940 CRB)

3   *Michael Castle, et al. vs. Pfizer Inc, et al.*
    (06-3061 CRB)
4
    *Henry Anderson vs. Pfizer Inc, et al.*
5   (06-3418 CRB)

6   *Carolyn Chasteen vs. Pfizer Inc, et al.*
    (06-3433 CRB)
7
    *James Craig vs. Pfizer Inc, et al.*
8   (06-3554 CRB)

9   *Connie Akridge vs. Pfizer Inc, et al.*
    (06-3555 CRB)
10
    *Faye Cochran vs. G.D. Searle LLC, et al.*
11  (06-3654 CRB)

12  *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
    (06-3657 CRB)
13
    *David Dobbins vs. Pfizer Inc, et al.*
14  (06-3950 CRB)

15  *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
    (06-4012 CRB)
16
    *Jerry Goodman vs. Pfizer Inc, et al.*
17  (06-4013 CRB)

18  *Gene N. Gordon vs. G.D. Searle LLC, et al.*
    (06-4294 CRB)
19
    *Alyce B. Elliott vs. Pfizer Inc, et al.*
20  (06-4419 CRB)

21  *Roger D. Conner vs. G.D. Searle LLC, et al.*
    (06-4483 CRB)
22
    *Elaine Givens vs. Pfizer Inc, et al.*
23  (06-4608 CRB)

24  *Shelia Adams, et al. vs. Pfizer Inc, et al.*
    (06-5040 CRB)
25
    *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26  (06-5385 CRB)

27  *Jeffery L. Davis vs. Pfizer Inc, et al.*
    (06-7009 CRB)
28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

2

3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

5

6 | *Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

8

9 | *Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

11

12 | *Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

13 | *George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

14

15 | *Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

17

18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

20

21 | *Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

22 | *Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

23

24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

25 | *Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

26

27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

28 | *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1 │ (07-3643 CRB)

2 │ *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
  │ (07-3646 CRB)
3 │
  │ *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
4 │ (07-3955 CRB)

5 │ *Helen Alexander, et al. vs. Pfizer Inc, et al.*
  │ (07-4382 CRB)
6 │
  │ *James Dauphinais, et al. vs. Pfizer Inc, et al.*
7 │ (07-4983 CRB)

8 │ *James Darty vs. G.D. Searle LLC, et al.*
  │ (07-5399 CRB)
9 │
  │ *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
10 │ (07-5590 CRB)

11 │ *Morris Adams, et al. vs. Pfizer Inc, et al.*
   │ (07-5591 CRB)
12 │
   │ *Peter Fos vs. Pfizer Inc, et al.*
13 │ (07-5685 CRB)

14 │ *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
   │ (07-5703 CRB)
15 │
   │ *Vivian Cobb vs. Pfizer Inc, et al.*
16 │ (08-0257 CRB)

17 │ *Roberta Bowman vs. Pfizer Inc, et al.*
   │ (08-0303 CRB)
18 │
   │ *Harriet Bratcher vs. Pfizer Inc, et al.*
19 │ (08-0795 CRB)

20 │ *Olive Beebe, et al. vs. Pfizer Inc, et al.*
   │ (08-0977 CRB)
21 │
   │ *Ramond Beaver vs. Pfizer Inc, et al.*
22 │ (08-1015 CRB)

23 │ *Robert Colman vs. Pfizer Inc, et al.*
   │ (08-1016 CRB)
24 │
   │ *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
25 │ (08-1224 CRB)

26 │ *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
   │ (08-1351 CRB)
27 │
   │ *Tim Gray vs. Pfizer Inc, et al.*
28 │ (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

*Owen L. May, et al. vs. Pfizer Inc, et al.*
(08-1590 CRB)

*Ronald Carr, et al. vs. Pfizer Inc, et al.*
(08-1591 CRB)

*Mary Basilisco, et al. vs. Pfizer Inc, et al.*
(08-1746 CRB)

*Earnest Colvin vs. Pfizer Inc, et al.*
(08-2470 CRB)

*Velma Burt vs. Pfizer Inc, et al.*
(08-2471 CRB)

*Sarah Benton vs. Pfizer Inc, et al.*
(08-2605 CRB)

*Lawanda Bell vs. Pfizer Inc, et al.*
(08-3708 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/2/2009    By: _____

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1    DATED: Oct. 29, 2009      By: _____

2

3                                    **DLA PIPER LLP (US)**
                                     1251 Avenue of the Americas
4                                    New York, New York 10020
                                     Telephone: 212-335-4500
5                                    Facsimile: 212-335-4501

6                                    *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009

12                                   Hon. Charles R. Breyer
                                     United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -6-

PFZR/1035934/1132569v.1